William S. Freeman (State Bar No. 82002)
wfreeman@jonesday.com
Catherine Broderick (State Bar No. 251231)
cbroderick@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      +1.650.739.3939
Facsimile:      +1.650.739.3900

Attorneys for Defendants KAREN A. SMITH
BOGART, HERBERT CHANG, VICTOR K. LEE,
DOUGLAS MCBURNIE, JAMES C. MOYER,
UMESH PADVAL, JEFF ZHOU, MICHAEL R.
HSING, DEMING XIAO, MAURICE SCIAMMAS,
PAUL UEUNTEN and C. RICHARD NEELY, JR. and
Nominal Defendant MONOLITHIC POWER
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND, Derivatively on Behalf of MONOLITHIC POWER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN A. SMITH BOGART, HERBERT CHANG, VICTOR K. LEE, DOUGLAS McBURNIE, JAMES C. MOYER, UMESH PADVAL, JEFF ZHOU, MICHAEL R. HSING, DEMING XIAO, MAURICE SCIAMMAS, PAUL UEUNTEN, C. RICHARD NEELY, JR. and FIRST NIAGARA FINANCIAL GROUP, INC., <br><br> Defendants, <br> -and- <br><br> MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 11-CV-04604 PSG <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND RESETTING THE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **Courtroom:   5, 4th Floor** <br> **Judge:  Hon. Paul Singh Grewal** |

1    Pursuant to Civil L.R. 16-2(e), Plaintiff Iron Workers Local No. 25 Pension Fund

2    ("Plaintiff") and Defendants Karen A. Smith Bogart, Herbert  Chang, Victor K. Lee, Douglas

3    McBurnie, James C. Moyer, Umesh Padval, Jeff Zhou, Michael R. Hsing, Deming Xiao, Maurice

4    Sciammas, Paul Ueunten, C. Richard Neely, Jr. and First Niagara Financial Group, Inc., and

5    Nominal Defendant Monolithic Power Systems, Inc. (collectively "Defendants" and, together

6    with Plaintiff, the "Parties") jointly submit this Stipulation and [Proposed] Order Extending Time

7    for Defendants to Respond to Complaint and Resetting the Initial Case Management Conference.

8    Pursuant to Civil L. R. 6-2(a), this Stipulation is also supported by the Declaration of William S.

9    Freeman, filed herewith.

10    WHEREAS, Plaintiff filed this action on September 16, 2011 and has agreed that

11    Defendants may have until December 5, 2011 to respond to the complaint;

12    WHEREAS, the Parties anticipate that one or more Defendants will move to dismiss the

13    complaint, and have further agreed that, in order to permit the Parties to fully brief the issues

14    involved in any such motion, Plaintiff may have until January 19, 2012 to file an opposition to

15    any motion to dismiss and the moving Defendant(s) may have until February 9, 2012 to file any

16    replies;

17    WHEREAS, Civil L.R. 16-2(a) states that the Initial Case Management Conference shall

18    be set "not less than 90 days after the action was filed" and the Initial Case Management

19    Conference is currently scheduled for November 15, 2011, a date that is only 60 days from the

20    filing of this action;

21    WHEREAS, the Parties also believe that the date currently set for the Initial Case

22    Management Conference is sooner than would be ideal for the efficient management of the case,

23    and believe that moving the Initial Case Management Conference and combining it with the

24    hearing on the motion(s) to dismiss will conserve judicial resources and allow for a more

25    meaningful discussion of case management issues between the parties and the Court;

26    WHEREAS, the Parties agree that, subject to the approval of the Court, such hearing and

27    Initial Case Management Conference should take place on February 23, 2012 or as soon

28    thereafter as the Court is available;

STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT AND RESETTING
INITIAL CASE MANAGEMENT CONFERENCE

1    WHEREAS, the Parties further agree that all other dates in the Order Setting Initial Case

2    Management Conference and ADR Deadlines should be re-set in conformity with the new Initial

3    Case Management Conference date; and

4    WHEREAS, there have been no previous time modifications in this case and the requested

5    time modification will not significantly alter the case schedule.

6

7    IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES, AS FOLLOWS:

8        1.    Defendants may have until December 5, 2011 to respond to the complaint in this

9    action.

10       2.    In the event any Defendant files a motion to dismiss the complaint, Plaintiff shall

11   have until January 19, 2012 to respond to the motion(s), and the moving Defendant(s) shall have

12   until February 9, 2012 to file a reply.

13       3.    The Initial Case Management Conference may be re-set to coincide with the

14   hearing on any motion to dismiss.

15       4.    The hearing on any motion to dismiss and the Initial Case Management

16   Conference may be set to take place on any date on or after February 23, 2012 that the Court may

17   direct.

18       5.    All other dates in the Order Setting Initial Case Management Conference may be

19   re-set in conformity with the new date for the Initial Case Management Conference.

20

21   Dated: October 20, 2011                    By:  /s/ William S. Freeman

22                                                   William S. Freeman
                                                     JONES DAY

23                                              Counsel for Defendants KAREN A. SMITH
24                                              BOGART, HERBERT CHANG, VICTOR
                                                K. LEE, DOUGLAS MCBURNIE, JAMES
25                                              C. MOYER, UMESH PADVAL, JEFF
                                                ZHOU, MICHAEL R. HSING, DEMING
26                                              XIAO, MAURICE  SCIAMMAS, PAUL
                                                UEUNTEN, and C. RICHARD NEELY,
27                                              JR., and Nominal Defendant MONOLITHIC
                                                POWER SYSTEMS, INC.

28

1       In accordance with General Order No. 45, Rule X, the above signatory attests that

2 concurrence in the filing of this document has been obtained from the signatories below.

3

4                                      By:  /s/ William J. Goines

                                      William J. Goines

5                                       GREENBERG TRAURIG, LLP

6                                       Counsel for Defendant FIRST
NIAGARA FINANCIAL GROUP, INC.

7

8                                      By:  /s/ Travis E. Downs III

9                                       Travis E. Downs III

10                                     ROBBINS GELLER RUDMAN &
DOWD LLP

11                                    Counsel for Plaintiff IRON WORKERS
LOCAL NO. 25 PENSION FUND

12

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management

14 Conference and the hearing on any motions to dismiss the complaint shall take place at 10:00 m.

15 on    February 21   , 2012.

16

17

18 Dated:    October 31, 2011        By:  Paul S. Grewal

19                                         Hon. Paul S. Grewal

20                                         United States Magistrate Judge

21

22 SVI-98713

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT AND RESETTING
INITIAL CASE MANAGEMENT CONFERENCE