1   ROBBINS GELLER RUDMAN
    & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    Post Montgomery Center
3   One Montgomery Street, Suite 1800
    San Francisco, CA 94104
4   Telephone: 415/288-4545
    415/288-4534 (fax)
5   shawnw@rgrdlaw.com
          – and –
6   TRAVIS E. DOWNS III (148274)
    BENNY C. GOODMAN III (211302)
7   655 West Broadway, Suite 1900
    San Diego, CA 92101
8   Telephone: 619/231-1058
    619/231-7423 (fax)
9   travisd@rgrdlaw.com
    bennyg@rgrdlaw.com
10
    Attorneys for Plaintiff
11
    [Additional counsel appear on signature page.]
12
                UNITED STATES DISTRICT COURT
13
              NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN JOSE DIVISION
15

| | |
|---|---|
| 16  IRON WORKERS LOCAL NO. 25 PENSION )<br>FUND, Derivatively on Behalf of )<br>17  MONOLITHIC POWER SYSTEMS, INC., )<br>  )<br>18                     Plaintiff, )<br>  )<br>19      vs. )<br>  )<br>20  KAREN A. SMITH BOGART, et al., )<br>  )<br>21                 Defendants, )<br>  )<br>22      – and – )<br>  )<br>23  MONOLITHIC POWER SYSTEMS, INC., a )<br>  Delaware corporation, )<br>  )<br>24             Nominal Defendant. )<br>  ) | No. 11-cv-04604-PSG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>REVISING BRIEFING SCHEDULE AND<br>RESETTING THE INITIAL CASE<br>MANAGEMENT CONFERENCE |

25

26

27

28

676809_1

1      Pursuant to Civil L.R. 16-2(e), Plaintiff Iron Workers Local No. 25 Pension Fund

2  ("Plaintiff") and Defendants Karen A. Smith Bogart, Herbert Chang, Victor K. Lee, Douglas

3  McBurnie, James C. Moyer, Umesh Padval, Jeff Zhou, Michael R. Hsing, Deming Xiao, Maurice

4  Sciammas, Paul Ueunten, C. Richard Neely, Jr. and First Niagara Financial Group, Inc., and

5  Nominal Defendant Monolithic Power Systems, Inc. (collectively "Defendants" and, together with

6  Plaintiff, the "Parties") jointly submit this Stipulation and [Proposed] Order Revising Briefing

7  Schedule and Resetting the Initial Case Management Conference.

8      Pursuant to Civil L. R. 6-2(a), this Stipulation is also supported by the Declaration of Benny

9  C. Goodman III, filed herewith.

10      WHEREAS, Plaintiff filed the above-entitled action on September 16, 2011, alleging breach

11  of fiduciary duty of loyalty, aiding and abetting and unjust enrichment;

12      WHEREAS, on October 20, 2011, the Parties filed a Stipulation and [Proposed] Order

13  Extending Time for Defendants to Respond to Complaint and Resetting the Initial Case Management

14  Conference;

15      WHEREAS, on October 31, 2011, this Court ordered that the Initial Case Management

16  Conference and the hearing on Defendants' Motions to Dismiss ("Motions") be reset for February

17  21, 2012;

18      WHEREAS, on December 1, 2011, Defendants filed their Motions, alleging Plaintiff failed

19  to allege demand futility and failed to state a claim upon which relief can be granted;

20      WHEREAS, under the current briefing schedule, Plaintiff's Opposition brief to Defendants'

21  Motions must be filed no later than January 19, 2012, and Defendants' Reply thereto must be filed

22  no later than February 9, 2012;

23      WHEREAS, the Parties have conferred and Defendants have agreed to extend the deadline

24  for Plaintiff to respond to Defendants' Motions by four weeks until February 16, 2012;

25      WHEREAS, as a result of this extension, the deadline for Defendants to reply to Plaintiff's

26  Opposition brief shall be extended until March 16, 2012;

27

28

676809_1

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE AND RESETTING
THE INITIAL CASE MANAGEMENT CONFERENCE - 11-cv-04604-PSG     - 1 -

1    WHEREAS, the Parties agree that, subject to the approval of the Court, the hearing on

2  Defendants' Motions to Dismiss and the Initial Case Management Conference should take place on

3  April 3, 2012 or as soon thereafter as the Court is available; and

4    WHEREAS, the Parties further agree that all other dates in the Order Setting Initial Case

5  Management Conference and ADR Deadlines should be reset in conformity with the new Initial

6  Case Management Conference date.

7    THEREFORE, the Parties, by and through their respective counsel, and subject to the Court's

8  approval, stipulate and agree as follows:

9    1.    Plaintiff shall file and serve its Opposition brief to Defendants' Motions no later than

10  **February 16, 2012**;

11    2.    Defendants shall file and serve their Reply brief(s) in support of their Motions no

12  later than **March 16, 2012**;

13    3.    The Court may thereafter schedule a hearing on the pending Motions and the Initial

14  Case Management Conference for **April 3, 2012** (or at such later date as may be convenient for the

15  Court); and

16    4.    All other dates in the Order Setting Initial Case Management Conference may be reset

17  in conformity with the new date for the Initial Case Management Conference.

18    **IT IS SO STIPULATED AND AGREED.**

19  DATED:  January 17, 2012          ROBBINS GELLER RUDMAN
                                        & DOWD LLP
20                                     TRAVIS E. DOWNS III
                                        BENNY C. GOODMAN III
21

22
                                              s/ Benny C. Goodman III
23                                     BENNY C. GOODMAN III

24                                     655 West Broadway, Suite 1900
                                        San Diego, CA  92101
25                                     Telephone:  619/231-1058
                                        619/231-7423 (fax)
26

27

28

676809_1

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE AND RESETTING
THE INITIAL CASE MANAGEMENT CONFERENCE - 11-cv-04604-PSG          - 2 -

1          In accordance with General Order No. 45, Rule X, the above signatory attests that

2   concurrence in the filing of this document has been obtained from the signatories below.

3   DATED:  January 17, 2012                JONES DAY
                                            WILLIAM S. FREEMAN
4

5                                           _____
                                                  s/ William S. Freeman
6                                           WILLIAM S. FREEMAN

7                                           1755 Embarcadero Road
                                            Palo Alto, CA 94303
8                                           Telephone:  650/739-3939
                                            650/739-3900 (fax)
9

10  DATED:  January 17, 2012                GREENBERG TRAURIG, LLP
                                            WILLIAM J. GOINES
11

12                                          _____
                                                  s/ William J. Goines
13                                          WILLIAM J. GOINES

14                                          1900 University Avenue, 5th Floor
                                            East Palo Alto, CA 94303
15                                          Telephone: 650/328-8500
                                            650/328-8508 (fax)
16                                  *       *       *

17          PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management

18  Conference and the hearing on Defendants' Motions shall take place at  __10AM__  on

19  __4/3_____, 2012.

20

21  DATED:  __1/18/2012_____     _Paul S. Grewal_____
                                            THE HONORABLE PAUL S. GREWAL
22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2        I hereby certify that on January 17, 2012, I authorized the electronic filing of the foregoing

3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4  the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5  caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6  CM/ECF participants indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on January 17, 2012.

9

10                               s/ Benny C. Goodman III
                                 BENNY C. GOODMAN III

11                               ROBBINS GELLER RUDMAN
                                  & DOWD LLP

12                               655 West Broadway, Suite 1900
                               San Diego, CA  92101-3301

13                               Telephone:  619/231-1058
                               619/231-7423 (fax)

14

15                               E-mail:bennyg@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

676809_1

# Mailing Information for a Case 5:11-cv-04604-PSG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **William S. Freeman**
  wfreeman@jonesday.com,jagleaves@jonesday.com

- **William J. Goines**
  goinesw@gtlaw.com,sandiferc@gtlaw.com,svlitdock@gtlaw.com

- **Benny Copeline Goodman , III**
  bennyg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Royale Pence Price**
  pricer@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com

- **Randall Adam Swick**
  swicka@gtlaw.com,worshamj@gtlaw.com,cisnerosc@gtlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Catherine Tara Zeng**
  czeng@jonesday.com,powens@jonesday.com,mecondos@jonesday.com,lmoniz@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael              Asher
Sullivan Ward Tyler Bone & Asher
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48037
```